IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUARY L. SHUFORD,** | Case No. 2:22-cv-01490-DAD-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **D. BAKER,** | |
| Defendant. | |

**GOOD CAUSE APPEARING**, Defendant's request, ECF No. 23, for an extension of time to file a motion to opt out of ADR until after expiration of the time for Plaintiff to file a notice of change of address is GRANTED. The deadline for Defendant to file a motion to opt out of ADR is extended to October 30, 2023.

**IT IS SO ORDERED.**

Dated:  August 18, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE